Daniel R. Watkins, Esq.
Nevada State Bar No. 11881
dw@wl-llp.com
Theresa M. Santos, Esq.
Nevada State Bar No. 9448
tsantos@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S. Pecos Rd., Ste. 22A
Las Vegas, NV 89074
Office:(702) 901-7553; Fax: (702) 974-1297

Attorneys for Monica Williams

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA WILLIAMS,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>OLCC NEVADA, LLC.; a Foreign Limited-Liability Company, and DOES 1-50,<br><br>　　　　　　Defendants. | Case No.:   2:21-cv-00679-JCM-DJA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOW COMES Plaintiff, Monica Williams, ("Plaintiff") by and through her counsel of record, and states as follows:

On or about December 6, 2018, Plaintiff entered into an agreement with Defendant to arbitrate all disputes arising out of or relating to Plaintiff's employment or termination of employment ("the Arbitration Agreement").

On or about April 23, 2021, Plaintiff filed a Complaint in the United States District Court, District of Nevada, alleging claims under Title VII for sexual harassment and hostile work environment, violations of the Americans with Disabilities Act, and interference with the Family Medical Leave Act.

//
//

The claims alleged in the action fall within the scope of the Arbitration Agreement;

Given the existence and applicability of the Binding Arbitration Agreement, Plaintiff voluntarily dismisses the instant action without prejudice.

DATED this 5th day of August 2021.

WATKINS & LETOFSKY, LLP

*/s/ Theresa M. Santos*

By: _____
Daniel R. Watkins, Esq.
Theresa M. Santos, Esq.
8935 S. Pecos Blvd. Suite 22A
Las Vegas, NV 89074
Attorneys for Plaintiff, Monica Williams